CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

HYUNSUK ALBERT CHANG (SBN: 206270)
albertchang@aclawfirm.net
MARIAM ALAMI SAQEBI (SBN: 312972)
mariam.saqebi@aclawfirm.net
LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, CA 90248
Telephone: (310) 769-6836
Facsimile: (310) 769-6787
Attorneys for Defendant
919-921 Broadway LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　Plaintiff,<br><br>v.<br><br>919-921 BROADWAY LLC, a California Corporation; and Does 1-10,<br><br>　　　Defendants. | Case No.: 2:18-CV-02447-ODW-FFM<br><br>**JOINT NOTICE OF SETTLEMENT** |

1     The Parties hereby jointly notify the court that a global settlement has been
2 reached in the above-captioned case and the parties would like to avoid any additional
3 expense, and further the interests of judicial economy.

4     All Parties, therefore, apply to this Honorable Court to vacate all currently set
5 dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to
6 all parties will be filed within 60 days. The Parties further request that the Court
7 schedule a Status Conference/OSC Hearing approximately 60 days out at which the
8 Parties, by and through their attorneys of record shall show cause why this case has not
9 been dismissed.

11 Dated: August 31, 2018     CENTER FOR DISABILITY ACCESS

13     By:   /s/ Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff

15 Dated: August 31, 2018     LAW OFFICES OF ALBERT CHANG

17     By:   /s/ Mariam Alami Saqebi
    Hyunsuk Albert Chang
    Mariam Alami Saqebi
    Attorneys for Defendant
    919-921 Broadway LLC

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Mariam Alami Saqebi, counsel for 919-921 Broadway LLC, and that I have obtained Ms. Saqebi's authorization to affix her electronic signature to this document.

Dated: August 31, 2018                    CENTER FOR DISABILITY ACCESS

                                                   By:   /s/ Phyl Grace
                                                                         Phyl Grace
                                                                        Attorney for Plaintiff