CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

HYUNSUK ALBERT CHANG (SBN: 206270)
albertchang@aclawfirm.net
MARIAM ALAMI SAQEBI (SBN: 312972)
mariam.saqebi@aclawfirm.net
LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, CA 90248
Telephone: (310) 769-6836
Facsimile: (310) 769-6787
Attorneys for Defendant
919-921 Broadway LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>     Plaintiff,<br><br>v.<br><br>919-921 BROADWAY LLC, a California Corporation; and Does 1-10,<br><br>     Defendants. | Case: 2:18-CV-02447-ODW-FFM<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

1

## **STIPULATION**

2

3          Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and

4    between the parties hereto that this action may be dismissed with prejudice

5    as to all parties; each party to bear his/her/its own attorneys' fees and costs.

6    This stipulation is made as the matter has been resolved to the satisfaction of

7    all parties.

8

9    Dated: September 5, 2018          CENTER FOR DISABILITY ACCESS

10

11                                     By:  /s/ Phyl Grace
                                            Phyl Grace
12                                          Attorneys for Plaintiff

13   Dated: September 5, 2018          LAW OFFICES OF ALBERT CHANG

14

15                                     By:   /s/ Mariam Alami Saqebi
                                            Hyunsuk Albert Chang
16                                          Mariam Alami Saqebi
                                            Attorneys for Defendant
17                                          919-921 Broadway LLC

18

19

20

21

22

23

24

25

26

27

28

Joint Stipulation for Dismissal                    Case: 2:18-CV-02447-ODW-FFM

1

## **SIGNATURE CERTIFICATION**

2

3   I hereby certify that the content of this document is acceptable to Mariam

4   Alami Saqebi, counsel for 919-921 Broadway LLC, and that I have

5   obtained Ms. Saqebi's authorization to affix her electronic signature to this

6   document.

7   Dated: September 5, 2018          CENTER FOR DISABILITY ACCESS

8

9                                    By:    /s/ Phyl Grace
                                            Phyl Grace
10                                          Attorney for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Stipulation for Dismissal                    Case: 2:18-CV-02447-ODW-FFM